AMANDA WRIGHT ROGERSON (Idaho State Bar No. 9885)
DAVID J. CUMMINGS (Idaho State Bar No. 5400)
NEZ PERCE TRIBE
OFFICE OF LEGAL COUNSEL
P.O. Box 305
Lapwai, ID 83540
Office:   (208) 843-7355
Fax:      (208) 843-7377
amandar@nezperce.org
djc@nezperce.org

*Attorneys for Plaintiff Nez Perce Tribe*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| NEZ PERCE TRIBE, a federally recognized Indian Tribe, <br><br> Plaintiff, <br><br> v. <br><br> NEZ PERCE-CLEARWATER NATIONAL FORESTS SUPERVISOR CHERYL F. PROBERT; UNITED STATES FOREST SERVICE; NOAA FISHERIES REGIONAL ADMINISTRATOR WILLIAM STELLE; and NOAA FISHERIES, <br><br> Defendants. | Case No. 3:16-cv-00299 <br><br> **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

Plaintiff Nez Perce Tribe, by and through its undersigned counsel, hereby voluntarily dismisses this action without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(i).

The Nez Perce Tribe ("Tribe") filed this case challenging the U.S. Forest Service's approval of the Clear Creek Integrated Restoration Project ("Project"). The Tribe filed a Complaint for Declaratory and Injunctive Relief (Dkt. 1) on July 2, 2016, seeking a declaration that Defendants violated the Administrative Procedure Act ("APA") (5 U.S.C. § 701 *et seq.*), the National Environmental Policy Act (42 U.S.C. § 4321 *et seq.*), the National Forest Management Act (16 U.S.C. § 1601 *et seq.*), and the Endangered Species Act ("ESA") (16 U.S.C. § 1531 *et seq.*) and seeking to enjoin implementation of the Project. The Tribe also sought a declaration that NOAA Fisheries violated the ESA and APA in its Biological Opinion ("BiOp") and Incidental Take Statement (ITS) for the Project. The Tribe filed a First Amended Complaint for Declaratory and Injunctive Relief ("Amended Complaint") on August 2, 2016.  (Dkt. 5).

On August 19, 2016, Cheryl F. Probert, Nez Perce-Clearwater National Forests Supervisor, notified the public via letter that she had withdrawn the December 2015 Record of Decision ("ROD") for the Project and had requested that NOAA Fisheries withdraw its BiOp and ITS for the Project (which NOAA Fisheries subsequently did). On September 6, 2016, Ms. Probert sent a letter to the Tribe, notifying it of her withdrawal of the Project's ROD and identifying a timeframe for preparing a Supplemental Environmental Impact Statement ("SEIS") and Final ROD for the Project. *See* Ex. 1.

On September 16, 2016, the Tribe responded to Ms. Probert's letter. The Tribe emphasized that the U.S. Forest Service's decision to withdraw the Project's ROD provides the agency with the opportunity to resolve the concerns the Tribe raised in its lawsuit. The Tribe also expressed concern that the U.S. Forest Service's proposed timeline for releasing a SEIS and Final ROD does

not give the agency adequate time to collect and analyze the watershed and wildlife data necessary to fully determine and assess the Project's impacts—including its impacts to the Tribe's Treaty-reserved resources and to the Kooskia National Fish Hatchery. Additionally, the Tribe stated its interest in continuing to work with the U.S. Forest Service to develop a project in the Clear Creek watershed that it can support. *See* Ex. 2.

The Tribe expressly reserves the right to challenge any new U.S. Forest Service SEIS or Final ROD and any new NOAA Fisheries BiOp or ITS in the future for any violations of law, including by pursuing claims and allegations made in the Tribe's Amended Complaint that are not corrected in any new documents for the Project.

The Tribe, based on the letters described above, and expressly reserving its right to challenge any future U.S. Forest Service or NOAA Fisheries decisions for any violations of law, hereby voluntarily dismisses this action without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(i).

DATED this 16th day of September, 2016.

                NEZ PERCE TRIBE
                OFFICE OF LEGAL COUNSEL

By:    /s/ Amanda Wright Rogerson
        /s/ David J. Cummings
        *Attorneys for Plaintiff Nez Perce Tribe*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 16th day of September, 2016, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected in the Notice of Electronic Filing:

Stuart Gillespie, Attorney for Defendants
*stuart.gillespie@usdoj.gov*

/s/ Anjee Toothaker, Legal Assistant

| USDA | United States Department of Agriculture | Forest Service | Nez Perce-Clearwater National Forests Supervisor's Office | 903 3rd Street Kamiah, ID 83536 208-935-2513 FAX: 208-935-4275 |
|---|---|---|---|---|

**File Code:** 1950
**Date:** September 6, 2016

Honorable Mary Jane Miles, Chairman
Nez Perce Tribal Executive Committee
P.O. Box 305
Lapwai, ID 83540

Dear Chairman Miles,

I would like to affirm my commitment to continuing to maintain a productive government-to-government relationship with the Nez Perce Tribe. I place great value on the input to our projects that the Tribe offers, whether your ideas are shared through consultation or during the NEPA process. I assure you that your comments will continue to be considered thoroughly and thoughtfully by myself and my staff.

As you know, I have withdrawn my December 2015 Record of Decision (ROD) for the Clear Creek Integrated Restoration (CCIR) project. We plan to prepare a Supplemental Environmental Impact Statement (SEIS) to update the environmental analysis for this project. The SEIS will update the analysis of effects on watershed resources, fisheries, and wildlife habitat. Specifically for sediment analysis, I have entered into a contract with the Rocky Mountain Research Station to re-evaluate portions of that analysis using the Water Erosion Prediction Project (WEPP) model.

At this time, I anticipate that a comment period for the Draft SEIS will be advertised beginning in November of 2016. In addition to the comment period on the Draft SEIS, the Draft ROD will be subject to objections under the Section 218 process, and the objection period is currently scheduled for February to April 2017. A Final ROD is scheduled for June 2017.

In addition to tribal involvement during the public process, I want to reiterate my commitment to government-to-government consultation. I would like to schedule a field trip with the Nez Perce Tribe Executive Committee (NPTEC) to look at the project area this fall. As you know, there has been turnover in the NPTEC since our last field trip in March of 2015 and we could not get all the way into the project area due to snow. I will contact you later this month to see if we can have this trip in October or early November. If you would like additional formal meeting(s) with NPTEC while we are developing the SEIS and Draft ROD, please let Christine Bradbury, Tribal Liaison, or myself know so we can schedule them.




Caring for the Land and Serving People        Printed on Recycled Paper

2

My staff and I look forward to continued dialogue regarding this project and others on the Forest.

Sincerely,

CHERYL F. PROBERT
Forest Supervisor

cc:
Amanda Rogerson, OLC
Aaron Miles, Sr., Director, DNRM
Dave Johnson, Director, DFRM
Christine Bradbury, FS Liaison




# TRIBAL EXECUTIVE COMMITTEE
P.O. BOX 305 • LAPWAI, IDAHO 83540 • (208) 843-2253

September 16, 2016

Cheryl Probert, Forest Supervisor
Nez Perce-Clearwater National Forests
903 3rd Street
Kamiah, Idaho 83536

Dear Ms. Probert:

The Nez Perce Tribe (Tribe) appreciates that the Nez Perce-Clearwater National Forests (Forest) has withdrawn the Record of Decision (ROD) for the Clear Creek Integrated Restoration Project (Project) following the Tribe filing a lawsuit over the Project. *Nez Perce Tribe v. Probert*, Civ. No. 3:16-cv-00299-REB (D. Idaho). This provides the Forest with the opportunity to fully and accurately analyze the Project. It also provides the Forest with the opportunity to resolve the Tribe's serious concerns regarding the legality of the Project and the Project's underlying analysis—which will dictate the scope and impact of the Project, including its impacts on the Kooskia National Fish Hatchery (Hatchery).

The Tribe thanks you for reaching out via letter dated September 6, 2016, after announcing the withdrawal of the ROD by letter on August 19, 2016. The Tribe further appreciates your offer to host a field trip for Nez Perce Tribal Executive Committee members this fall and for affirming your commitment to the government-to-government relationship between the Forest and Tribe.

Unfortunately, your September 6, 2016 letter raised serious concerns with Tribal leadership and staff. Of particular concern to the Tribe is the Forest's proposed timeline for the draft Supplemental Environmental Impact Statement (SEIS). The Tribe strongly believes that significant additional analysis and thought is necessary if the Forest, Tribe, Clearwater Basin Collaborative, and other stakeholders are to fully understand, and honestly discuss, the Project's likely environmental benefits, impacts, and future design. The current timeline does not provide the Forest with the time necessary to address the Tribe's substantive concerns, which are more fully outlined below.

Cheryl Probert
September 16, 2016
Page 2

Future Project Analysis

First, the Forest must reinitiate its annual monitoring program and collect data for more than one or two years. This is the only way that the Forest will have sufficient information to accurately assess current watershed conditions and assess the long-term trend in those conditions. If the Forest fails to actively collect watershed condition data prior to reanalyzing and reinitiating the Project, it will only be hypothesizing that an upward trend exists in the Clear Creek watershed's subwatersheds.

Second, the Forest must collect the baseline data at the Forest boundary to determine how much sediment is currently leaving the Forest. The Fish and Wildlife Service and U.S. Geological Survey recently began a three-year monitoring program in Clear Creek at the location where water is withdrawn for the Hatchery to determine baseline turbidity and sediment delivery to the facility. The Forest should conduct the same baseline study at the Forest boundary. At the soonest, it will be several years before the data from either station is ready for analysis and discussion.

Third, the Forest must address impacts to the Hatchery. The September 6, 2016 letter failed to specifically mention the Hatchery, despite the importance of the Hatchery to the Tribe and fish production in the Clearwater River basin. When the Forest issued its now withdrawn ROD for the Project, it did not know how much additional sediment from the Clear Creek watershed would reach the Hatchery. It is imperative that the Forest provide the Tribe with an accurate assessment.

Fourth, the Forest must undertake a thorough analysis of the actual number of road miles within the Project area, the width of those roads, and where those roads exist on the landscape. Without doing so, the Forest will not be able to complete the road surveys needed to accurately model sediment production and delivery and design effective sediment mitigation measures.

Fifth, the Forest must update its elk analyses so that the potential impacts of the Project are appropriately assessed and minimized through meaningful design modifications. These analyses must incorporate the most recent elk behavioral and nutritional research and utilize the best available analytical methods. The results of these analyses should then be used to modify the Project (through, for example, seasonal road closures or modified silvicultural prescriptions) to ensure the security and health of elk within the Clear Creek watershed.

Cheryl Probert
September 16, 2016
Page 3

## Concern Regarding the Forest's Timeline for the Supplemental Environmental Impact Statement

In your September 6, 2016 letter, you state your intent to prepare a draft SEIS by November of 2016. This timeline is alarming both from an analysis and Tribal involvement perspective. Given the type and depth of analysis the Project still needs, the Tribe cannot understand how the Forest could release a sufficient supplemental analysis by November of this year. Collecting the data necessary to evaluate trends in substrate condition in the Clear Creek watershed's subwatersheds and sediment delivery to the Hatchery will require at least three years. We do not understand how the Forest can move forward with the NEPA process for the SEIS without this basic information.

## Concern Regarding the Tribe and Forest's Relationship

You write in your September 6, 2016 letter of your commitment to a "productive" relationship with the Tribe and seek to assure the Tribe that its comments "will continue to be considered thoroughly and thoughtfully" by you and your staff. This assurance provides little comfort given the Forest's interactions with the Tribe regarding the Project over the last few years.

From the Tribe's perspective, the Forest's government-to-government consultation with it regarding the Project has been more procedural than substantive. The Tribe repeatedly brought concerns regarding the Project to the Forest's attention, offered its technical expertise, and asked for a detailed understanding of the Forest's analysis. The Tribe's input and concerns were ultimately ignored. This forced the Tribe to expend its limited resources to question and conduct a detailed review of the Forest's work and challenge the project through an objection and lawsuit.

As a result of the Tribe's substantial effort and its lawsuit, the Forest finally acknowledged the inadequacy of its analysis and withdrew the Project's ROD last month. The Tribe does not want to find itself facing a similarly flawed project a year from now. If the Forest conducts an inadequate supplemental analysis, without gathering the necessary data and without involving the Tribe in its decision, the Tribe may be left with little recourse but to again challenge the decision. Thus, the Tribe implores the Forest to share more information with the Tribe, take the Tribe's input seriously, and conduct the requested analyses.

Cheryl Probert
September 16, 2016
Page 4

Conclusion

The Tribe is not opposed to all logging in the Clear Creek watershed. Rather, the Tribe is interested in helping the Forest Service develop a scientifically defensible project that will holistically benefit the watershed and protect Tribal resources, including the Kooskia National Fish Hatchery.

The type of analysis required for such a project takes time. It is also the necessary starting point for renewed internal and external discussions about if and how the Clear Creek Project's current design should be modified. The Tribe would like the Forest to work with it to design a project that it can support.

Please work with the Tribe to protect this area of special importance.

Sincerely,

*Mary Jane Miles*
Mary Jane Miles
Chairman